

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00213-CV

### IN RE THE GUARDIANSHIP OF TYLER MURRAY, AN INCAPACITATED PERSON

On Appeal from the
County Court at Law No. 1 of Victoria County, Texas
Trial Court Cause No. GDN 1-289

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court AFFIRMED IN PART, and REVERSED and RENDERED IN PART. Costs of the appeal are adjudged against the appellants.

We further order this decision certified below for observance.

February 27, 2025